UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOHAMMAD ZARE,

                                    Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

                                    Respondents.

Case No.:  3:26-cv-02035-RBM-SBC

**ORDER GRANTING MOTION TO DISMISS**

**[Doc. 5]**

Petitioner Mohammad Zare has filed a Motion to Dismiss his Petition for a Writ of Habeas Corpus because "[t]he Court has already granted a pro se petition filed by [Petitioner] in Case No. 26-cv-840-RBM-SBC." (Doc. 5 at 2.)  The Motion to Dismiss is **GRANTED**.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATE:  April 7, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

3:26-cv-02035-RBM-SBC